100 P.3d 968

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| University of Hawai'i v. Befitel .... 24270 | 11/15/2004 | Denied | 105 Hawai'i 485, 100 P.3d 55 |
| State v. Carvalho ................. 25947 | 11/29/2004 | Denied | 106 Hawai'i 13, 100 P.3d 607 |